1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant Jose Francisco Olmos-Lopez

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )   Nos.  CR-09-0583 CRB and
                                           )         CR-06-0310 JSW
12          Plaintiff,                     )
                                           )   STIPULATION AND [PROPOSED]
13      v.                                 )   ORDER CONTINUING STATUS
                                           )   DATE EXCLUDING TIME UNDER 18
14  JOSE FRANCISCO OLMOS-LOPEZ,            )   U.S.C. § 3161
                                           )
15          Defendant.                     )
                                           )
16  _____   )

17

18       The parties are scheduled to appear before this Court on July 9, 2009 at 2:30 p.m. for status or

19  change of plea..  The parties request additional time to prepare, investigate and negotiate the case.

20  The parties request that the matter be continued to July 30, 2009 at 2:30 p.m.

21       The parties also agree that the time between July 9, 2009 and July 30, 2009 should be excluded

22  under the Speedy Trial Act.  The continuance is necessary for effective preparation of counsel, 18

23  U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a

24  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

25  3161(h)(7)(A).

26  STIPULATION AND [PROPOSED] ORDER
    CONTINUING STATUS DATE AND
    EXCLUDING TIME UNDER 18 U.S.C. § 3161;
    CR-09-0583 jsw and CR-06-0310 JSW            - 1 -

1    SO STIPULATED:

2                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
3

4
     DATED: July 8, 2009                         /s/
5                                        CYNTHIA FREY
                                         Assistant United States Attorney
6

7
     DATED: July 8, 2009                         /s/
8                                        SHAWN HALBERT
                                         Assistant Federal Public Defender
9

10       For the reasons stated above, the Court finds that the continuance of time for the next hearing

11   before this court from July 9, 2009 to July 30, 2009 is warranted because the failure to grant the

12   requested continuance would deny the parties effective preparation of counsel; thus, the ends of

13   justice served by the continuance outweigh the best interests of the public and the defendant in a

14   speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

15

16   SO ORDERED.

17

18   DATED: July 8, 2009            _____
                                    THE HONORABLE JEFFREY S. WHITE
19                                  United States District Court

20

21

22

23

24

25

26   STIPULATION AND [PROPOSED] ORDER
     CONTINUING STATUS DATE AND
     EXCLUDING TIME UNDER 18 U.S.C. § 3161;
     CR-09-0583 jsw and CR-06-0310 JSW          - 2 -